UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  20-08373 |
| Kevin M. Callahan | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order to Authorize Debtor to Enter Agreed Loan Modification / Work Out with M&T Bank**

    Now Comes the Debtor Kevin M. Callahan seeking Authorization to Enter into Agreed Loan modification with M&T Bank, the Court being full advised in the Matter IT IS HEREBY ORDERED:

  That the Debtor is authorized to enter into an agreed Loan Modification with M&T Bank and the Secretary of Housing and Urban Development.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  September 02, 2021

**Prepared by:**

Patrick A. Meszaros
Law Office of Patrick A. Meszaros PC
1100 W. Jefferson St.
Joliet, IL 60435
815-722-4001

This box will expand vertically to fit entered text.
Tab out of box to see expansion.